UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **JON YOKUBAITIS ET AL** | **CASE NO. 2:22-CV-04360** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **STATE FARM FIRE & CASUALTY CO** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION TO REOPEN CASE AND SET HEARING ON ENTITLEMENT TO ATTORNEY'S FEES HELD IN ESCROW (IOLTA) ACCOUNT filed by the law firm of Cox, Cox, Filo, Camel, Wilson and Brown, LLC ("Cox") (Doc. 27). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, including the OBJECTION TO REPORT AND RECOMMENDATION filed (Doc. 30), this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Cox's MOTION TO REOPEN CASE AND SET HEARING ON ENTITLEMENT TO ATTORNEY'S FEES HELD IN ESCROW (IOLTA) ACCOUNT is DENIED in all respects.

THUS DONE AND SIGNED in Chambers this 2nd day of May, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE